
**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

**FILED**
OCT 19 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| MELLISSA M ARMACOST | ) Case No. 07-51562 CN |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

The final dividend to Creditor, CHASE BANK USA NA in the above entitled matter was returned marked:  RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $10.00 as an unclaimed dividend.

Claim # 10012    CHASE BANK USA NA
P O BOX 100018
KENNESAW, GA  30156-9104

Dated: October 17, 2011

DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013



NIXIE      300  DE  1        00 07/21/11
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
        BC: 95150001313      *2756-09817-19-41

CHASE BANK USA NA
P O BOX 100018
KENNESAW, GA 30156-9104